| | |
|---|---|
| 1 | **MUNGER, CHADWICK & DENKER, P.L.C.** |
| 2 | 333 North Wilmot Road, Suite 300 |
|   | Tucson, Arizona 85711 |
| 3 | Telephone: (520) 721-1900 |
|   | Facsimile: (520) 747-1550 |
| 4 | Thomas A. Denker |
| 5 | Arizona State Bar No. 016453/Pima County Computer No. 65047 |
|   | *TADenker@mcdplc.com* |
| 6 | Adriane J. Hofmeyr |
| 7 | Arizona State Bar No. 025100/Pima County Computer No. 66166 |
|   | *Ahofmeyr@mcdplc.com* |
| 8 | David Ruiz |
|   | Arizona State Bar No. 030154/Pima County Computer No. 66547 |
| 9 | *DRuiz@mcdplc.com* |
| 10 | *Attorneys for CNH Industrial Capital LLC* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | Chapter 12 |
|---|---|
| CHASE WARREN, | Case No. 2:21-bk-02061-DPC |
| Debtor, | **APPLICATION FOR SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Rule 9010-1(e) of the Local Rules of the United States Bankruptcy Court for the District of Arizona, attorneys Thomas A. Denker, David Ruiz, and Adriane J. Hofmeyr of the law firm of Munger, Chadwick & Denker, P.L.C., hereby enter their appearance as counsel of record in the above-entitled action on behalf of and with the consent of creditor CNH Industrial Capital LLC in place of Christopher S. McDonagh of the law firm Raven & McDonagh, P.C., and that the master mailing list should be updated accordingly. The mailing address and telephone number for CNH's counsel is as follows:

> **MUNGER, CHADWICK & DENKER, P.L.C.**
> 333 North Wilmot Road, Suite 300
> Tucson, Arizona 85711
> Telephone: (520) 721-1900
> Facsimile: (520) 747-1550

// **Signature page follows** //

RESPECTFULLY SUBMITTED this 16th day of August, 2022.

**MUNGER, CHADWICK & DENKER, P.L.C.**

 /s/ David Ruiz
David Ruiz
Adriane J. Hofmeyr
Thomas A. Denker
*Substituting attorneys for CNH*

**RAVEN & MCDONAGH, P.C**.

 /s/ Christopher S. McDonagh
Christopher S. McDonagh
*Withdrawing attorney for CNH*

**E-FILED** on August 16, 2022, with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** e-mailed the same date to:

| | |
|---|---|
| David M. Reaves<br>P.O. Box 44320<br>Phoenix, AZ 85064-4320<br>trustee@reaves-law.com<br>*Chapter 12 Trustee* | John S. Garcia, Esq.<br>Garcia & Villarreal, P.L.C.<br>241 South Main Street<br>Yuma, Arizona 85364<br>jgarcia@gkvlaw.com<br>*Attorneys for The Foothills Bank* |
| Robert M. Charles, Jr.<br>Hannah Dolski<br>Lewis Roca Rothgerber Christie LLP<br>One South Church Avenue, Suite 2000<br>Tucson, AZ 85701-1611<br>RCharles@lewisroca.com<br>HDolski@lewisroca.com<br>*Attorneys for Farm Credit Services of America* | Jill H. Perrella<br>Snell & Wilmer L.L.P.<br>One S. Church Ave., Suite 1500<br>Tucson, AZ 85701<br>jperrella@swlaw.com<br>*Attorneys for Wells Fargo Financial Leasing, Inc.* |
| AUSA Emory Hurley<br>U.S. Attorney's Office<br>40 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004-4449<br>Emory.Hurley@usdoj.gov<br>*Attorneys for the U.S. Dept of Agriculture* | Edwinus M. Van Vianen, Esq.<br>Fitzgibbons Law Offices, P.L.C.<br>1115 E. Cottonwood Lane, Suite 150<br>P.O. Box 11208<br>Casa Grande, AZ 85130-0148<br>ed@fitzgibbonslaw.com<br>*Attorneys for Auza & Sons Farms II* |

| | | |
|---|---|---|
| 1 | Dean M. Dinner<br>Kutak Rock LLP | Thomas H. Allen<br>David B. Nelson |
| 2 | 8601 North Scottsdale Road, #300<br>Scottsdale, AZ 85253-2738 | Allen Barnes & Jones, PLC<br>1850 N. Central Ave., Suite 1150 |
| 3 | dean.dinner@kutakrock.com<br>*Attorneys for Farmers Business Network,* | Phoenix, Arizona 85004<br>tallen@allenbarneslaw.com |
| 4 | *Inc.* | dnelson@allenbarneslaw.com<br>*Attorneys for the Debtor* |

Raven & McDonagh, P.C.
Christopher S. McDonagh
3507 N. Campbell Avenue, Suite 111
Tucson, AZ 85701
cmcdonagh@ravlaw.com
*Withdrawing attorneys for CNH*